UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER N. IWACHIW, RN,

                         Plaintiff,

        -against-

NEW YORK STATE REPUBLICAN PARTY,
et al.,

                         Defendants.

26-CV-3383 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On March 1, 2018, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Iwachiw v. NYC Board of Elections*, No. 17-CV-6103 (CM) (S.D.N.Y. Mar. 1, 2018). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the March 1, 2018 order.[1]

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

 Dated:    April 24, 2026
           New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          Chief United States District Judge

---

[1] Nothing in this order prevents Plaintiff from bringing an action with prepayment of the filing fees.