UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER N. IWACHIW, RN,

Plaintiff,

-against-

NEW YORK STATE REPUBLICAN PARTY,
ET AL.,

Defendants.

26 CIVIL 003383 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 24, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    April 28, 2026

New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge